# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Charles Blackwell | Hon Judge: |
| Plaintiff, | Mag. Judge: |
| -vs- | Case: |
| Michael O'Connell, In His Individual Capacity Defendant | Case: 2:22−cv−11093 Assigned To : Parker, Linda V. Referral Judge: Patti, Anthony P. Assign. Date : 5/18/2022 Description: CMP CHARLES BLACKWELL V MICHAEL O'CONNELL (SS) |

## COMPLAINT AND JURY DEMAND

Plaintiff Charles Blackwell, proceeding pro se, hereby files this Complaint and states as follows:

## JURISDICTIONAL ALLEGATIONS

1. Plaintiff Charles Blackwell is a resident in the Eastern District of Michigan.

2. Defendant Michael O'Connell is an employee of the City of Detroit Board of Ethics as a training/technology coordinator and resides and/or transacts business in Wayne County, Michigan which is in this Judicial District.

3. At all relevant times, Defendant O'Connell was acting under color of law and is being sued in his individual capacity.

4. Defendant O'Connell is not entitled to qualified or any other immunity because he knowingly and intentionally violated Plaintiff's clearly established First and Fourteenth Amendment constitutional rights to which any reasonable state actor would have known.

5. Venue is appropriate in this Court as all the transactions, events and occurrences which give rise to this action all took place in Wayne County, Michigan which is in this Judicial District.

6. This Court has jurisdiction over this matter pursuant to 28 USC § 1331 and 42 USC § 1983.

## COMMON ALLEGATIONS

7. Plaintiff realleges paragraphs 1 through 6 word-for-word.

8. The City of Detroit Board of Ethics held a hybrid monthly meeting on May 18th, 2022, in which the public can attend and participate via Zoom.

9. The Chairperson of the Board of Ethics is Kristin Lusn and the Vice-Chair is David Jones.

10. This is a public meeting held under the Michigan Open Meetings Act.

11. Defendant O'Connell while acting under the color of the law as a City of Detroit employee and training/technology coordinator for the board of ethics was the assigned Zoom host for the May 18th, 2022, Board of Ethics meeting.

12. In his role as Zoom host, Defendant O'Connell has the authority to mute/unmute participants; turn on/off their camera's; admit/eject them from the Zoom public meeting.

13. Plaintiff Blackwell logged onto the May 18th, 2022, City of Detroit Board of Ethics meetings via Zoom under the pseudonym "Leon Farmer".

14. Plaintiff Blackwell turned on his camera on Zoom and made his Zoom avatar a picture that included a picture of City of Detroit Board of Ethics Chairperson Kristin holding Vice-Chairperson David Jones by a tie with the caption "Flunky Vice Chair David Jones." **EX A: Plaintiff Zoom Avatar**.

15. Defendant O'Connell while acting under the color of the law as the Zoom host of this meeting turned off Plaintiff Zoom camera depicting this unflattering avatar. **EX B: Zoom Screenshot Showing Stop Camera.**

16. A warning sign popped up stating "you cannot start your video because the host has stopped it." **See Ex B**

17. Fellow member of the public Akil Alvin was allowed to keep his camera on showing an avatar depicting the logo/symbol of "**DDM**". **See Ex B**

18. At no point did Defendant O'Connell turn off the camera of member of the public Akil Alvin.

## COUNT I

## FIRST AMENDMENT RETALIATION AND VIEWPOINT DISCRIMINATION

19. Plaintiff realleges paragraphs 1 through 16 word-for-word.

20. The First Amendment to the U.S. Constitution guarantees freedom of the press and freedom of speech.

21. The Supreme Court has recognized that the First Amendment protects anonymous speech. *Buckley v. American Constitutional Law Found.*, 525 U.S. 182, 200, 119 S.Ct. 636, 142 L.Ed.2d 599 (1999) (invalidating, on First Amendment grounds, state statute requiring initiative petitioners to wear identification badges).

22. Plaintiff had a First Amendment right to log onto a public meeting of the City of Detroit using the anonymous pseudonym of Leon Farmer.

23. The First Amendment protects not only the expression of ideas through printed or spoken words, but also symbolic speech— nonverbal "activity ... sufficiently imbued with elements of communication." *Spence v. Washington,* 418 U.S. 405, 409, 94 S.Ct. 2727, 2730, 41 L.Ed.2d 842 (1974).

24. Plaintiff Zoom avatar at the May 18th, 2022, Board of Ethics meeting was expressive speech protected by the First Amendment.

25. It is well-settled that the First Amendment's protection extends to the Internet. *Reno v. ACLU*, 521 U.S. 844, 870, 117 S.Ct. 2329, 138 L.Ed.2d 874 (1997)

26. Plaintiff engaged in protected activity under the First Amendment when he logged onto the May 18th, 2022, Board of Ethics Meeting and made his avatar an unflattering image of Board of Ethics Vice-Chair David Jones.

27. Defendant O'Connell while acting under the color of the law as the Board of Ethics Zoom host retaliated and engaged in viewpoint discrimination against the Plaintiff for the sole reason of the Plaintiff avatar on May 18th, 2022.

28. Defendant O'Connell let fellow member of the public Akil Alvin use their camera to express nonverbal speech and symbols but turned off the Plaintiff camera to prevent the Plaintiff from further expressing his non-verbal speech based on the unflattering nature of the Plaintiff avatar. **See Ex B**

29. Qualified immunity does not apply because any reasonable state actor would know that retaliating against Plaintiff because of his protected activity was a violation of his clearly established First Amendment rights.

30. As a direct and proximate result of Defendant O'Connell wrongful acts and omissions, Plaintiff suffered non-economic injuries, including but not limited to, mental anguish, emotional distress, humiliation, mortification, outrage, embarrassment, anxiety, and other damages which will continue throughout and beyond this litigation.

**ACCORDINGLY**, Plaintiff asks this Court to enter judgment against Defendant O'Connell for damages in excess of $75,000 or whatever amount to which Plaintiff is entitled, together with punitive, exemplary, and nominal other damages provided by statute, law, and good conscience.

## RELIEF REQUESTED

Plaintiff demands judgment against Defendants as follows:

**A. LEGAL RELIEF**

a. Compensatory damages for Plaintiff's past and future economic and non-economic damages in whatever amount Plaintiff are found to be entitled.

b. Exemplary damages in whatever amount Plaintiff is found to be entitled.

    c. Liquidated damages in whatever amount Plaintiff is found to be entitled.

    d. Punitive damages in whatever amount Plaintiff is found to be entitled.

    e.  nominal damages.

**B. EQUITABLE RELIEF**

    a.  A declaratory judgment that Defendant have violated Plaintiff's First Amendment rights; and

    b. Whatever equitable relief appears appropriate at the time of final judgment.

/s/CharlesBlackwell

22655 Fairmont Dr
Apt 102
Farmington Hills, MI, 48335
Cblack618@gmail.com
313-739-3597

                                                                    Respectfully submitted

Dated: May 18th, 2022

## JURY DEMAND

Plaintiff Charles Blackwell demands a jury trial of this cause of action.

## INDEX OF EXHIBITS

**Ex A: Plaintiff Zoom Avatar**

**EX B: Zoom Screenshot Showing Stop Camera**

**Ex A: Plaintiff Zoom Avatar**



**EX B: Zoom Screenshot Showing Stop Camera**



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Charles Blackwell

### DEFENDANTS
Michael O'Connell

**(b)** County of Residence of First Listed Plaintiff: Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
First Amedment Retaliation and Censorship

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 80,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: May 18, 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____